## George W. Black, Appellant, v. George W. Brown, Appellee.

### Gen. No. 6,146.    (Not to be reported in full.)

Appeal from the Circuit Court of Winnebago county; the Hon. ARTHUR H. FROST, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed December 27, 1915.

## Statement of the Case.

Action by George W. Black, plaintiff, against George W. Brown, defendant, in the Circuit Court of Winnebago county, to recover for work done by plaintiff on an alleged public and private road at the request of defendant who was then acting as highway commissioner. It was stipulated that defendant contracted with plaintiff as a town official. The case was tried by the court without a jury, and there was a finding for defendant at the close of plaintiff's evidence. A motion for a new trial was overruled. From a judgment for defendant, plaintiff appeals.

FISHER & NORTH, for appellant.

E. P. LATHROP, ROBERT LATHROP and R. H. BROWN, for appellee.

MR. JUSTICE CARNES delivered the opinion of the court.

## Abstract of the Decision.

1. OFFICERS, § 55*—*when not personally liable on contract.* A public officer making as such a valid and enforceable contract is not personally liable on such contract for the payment of the debt.

2. OFFICERS, § 55*—*when public officer not personally liable on invalid contract.* A public officer who mistakes the law and makes an invalid contract does not incur personal liability thereon in the absence of fraud or of evidence that such officer intended to bind

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

himself personally on such contract, or that the person with whom such officer makes such contract supposed he was dealing with such officer as an individual, the person with whom the contract was made being presumed to know that such officer exceeded his powers in making the contract.

3. PRINCIPAL AND AGENT, § 169*—*what is distinction between personal liability of public agent and private agent on unauthorized contracts.* There is a distinction between the personal liability of an agent of an individual and that of a public agent in respect to contracts made on behalf of the principal without authority, in that the agent of an individual is personally liable thereon, being presumed to know the extent of his authority, while a public agent is usually not liable.